UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHESTER S. GARBER AND EMILIA T. GARBER,<br><br>　　　　Defendants. | DISTRICT COURT CASE NO. 94-5414 AWI DLB<br><br>BANKRUPTCY COURT CASE NO. 94-14422-A-7<br><br>BANKRUPTCY ADVERSARY CASE NO. 94-1361-A<br><br>ORDER VACATING HEARING DATE OF DECEMBER 4, 2006 AND TAKING MATTER UNDER SUBMISSION |

　　　Plaintiff made a motion to refer a withdrawn matter back to the bankruptcy court. Doc. 357. The hearing for the motion is set for December 4, 2006 at 3 PM. Defendants have filed an opposition, and Plaintiff has filed a reply. Docs. 361 and 362. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h). Defendants' filings hundreds of pages of exhibits. Under Local Rule 5-133(f), "A person who electronically files any document (excluding attachments or exhibits) in excess of 25 pages must also provide a courtesy paper copy to the appropriate chambers. A person who electronically files attachments or exhibits that total in excess of 50 pages must also provide a paper courtesy copy to chambers by delivering it to the Clerk." Defendants are directed to file a courtesy copy of the exhibits attached to Doc. 361.

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 4, 2006 is VACATED, and no party shall appear at that time. As of December 4, 2006, the court

1  will take the matter under submission and will thereafter issue its decision.

2  IT IS SO ORDERED.

3  **Dated:     November 30, 2006**                              **/s/ Anthony W. Ishii**
   ciem0h                                                  UNITED STATES DISTRICT JUDGE