UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>        Plaintiff,<br><br>v.<br><br>CHESTER S. GARBER AND EMILIA T. GARBER,<br><br>        Defendants. | DISTRICT COURT CASE NO. 94-5414 AWI DLB<br><br>BANKRUPTCY COURT CASE NO. 94-14422-A-7<br><br>BANKRUPTCY ADVERSARY CASE NO. 94-1361-A<br><br>ORDER VACATING HEARING DATE OF OCTOBER 22, 2007 AND TAKING MATTER UNDER SUBMISSION |

    Plaintiff made a motion for reconsideration. Doc. 371.  The hearing for the motion is set for October 22, 2007 at 1:30 PM.  Defendants have filed an opposition, and Plaintiff has filed a reply. Docs. 374 and 375.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 22, 2007 is VACATED, and no party shall appear at that time.  As of October 22, 2007, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**    **October 19, 2007**                **/s/ Anthony W. Ishii**
                                                      UNITED STATES DISTRICT JUDGE